UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SIR SAMUEL BURFICT (RTP/TRP)

-VS-

GOVERNOR BLANCO (LOUISIANA)
AND HANSCOM AIR FORCE BASE
INTELLIGENCE DEPT. (BEDFORD,
MASSACHUSETTS)
AND THE "ENTIRE" SOCIETY
(EARTH, ETC) — INKLUDE HEAVEN #1

07-2670
SECT.B MAG 1
KOMPLAINT

### JURISDIKTION

U.S./INT'L CONCURRENT JURISDIKTION - AUTHORITY [ALL KOURTS(U.S./INT'L), INKLUDE THE HAAG KOURT (PAPALCY IN HEAVEN); THE HAAG KOURT (UNDERGROUND — HOLY MAFIA-MASONRY) AND ALL MOOT KOURTS/TRIBUNALS.

### PARTIES

GOVERNOR BLANCO (LA), HANSCOM AIR FORCE BASE (MASS.), AND THE "ENTIRE" SOCIETY (EARTH, ETC) — INKLUDE NORAD, THE C.I.A., THE U.S. PRESIDENT, AND SATAN-GROUP.
PURSUANT THE Metropolis-AKROBOLIS HOLY LAW Statute 1972 (NOBODY IS "ABOVE" OR "EXEMPT" FROM THE LAW/JUSTICE).

### COMPLAINT

THE DEFENDANTS ARE GUILTY OF PERJURY/TREASON/ETC Against THIS HOLY Metropolis-AKROBOLIS Society/MY FAMILY in HEAVEN #2/ I

### DEMAND

THE "ENTIRE" Population: ① Confess The TRUTH (Publicly/Privately) ② Return ALL stolen Resources. ③ Prepare FOR Redemption-Salvation OR Annihilation.

DATE: 4/26/2007

_/ Fee Pauper
_/ Process √
X Dktd
__ CIRmDep
__ Doc. No

Samuel Burfict (RTP/TRP)
SAMUEL BURFICT
15-B Whitney Ave
HARVEY, LA 70058
PH # 504-366-2601