UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 17 PM 3: 29

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| SAMUEL BURFICT | CIVIL ACTION |
| VERSUS | NO: 07-2670 |
| GOVERNOR BLANCO, et all | SECTION "B"(1) |

### ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff, Samuel Burfict ("Burfict"), has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) to the extent the documents received by the Magistrate Judge from Burfict that are described in the Report and Recommendation seek any relief under Fed. R. Civ. P. 59 and 60, the request for the relief be denied; and (2) Burfict's request for relief be denied for failure to comply with Fed. R. Civ. P. 11.

New Orleans, Louisiana, this 16th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```